UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MANUEL COCA, on behalf of himself and
all other persons similarly situated,

                    Plaintiff,                    **[PROPOSED] ORDER**

      -against-                            Docket No.: 17-cv-7237
                                                 (ADS) (GRB)

STEVE'S LANDSCAPING PLUS, INC. and
STEVEN BUSA,

                    Defendants.
---------------------------------------------------------------X

      AND NOW, THIS _____ DAY of _____ 2018, the Court having reviewed the case of *Manuel Coca v. Steve's Landscaping Plus, Inc. and Steven Busa*, Docket No.: 17-cv-7237 (ADS) (GRB), including the parties' motion for approval of their settlement agreement, D.E. 17, and the Settlement Agreement and Release of Claims Agreement ("Settlement Agreement"), D.E. 17-1, and having conducted a fairness hearing on July 12, 2018, D.E. 19, and having considered the applicable case law, including *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and for good cause shown, it is **ORDERED** that:

      1.      The Settlement Agreement between Plaintiff Manuel Coca, on the one hand, and Defendants Steve's Landscaping Plus, Inc. and Steven Busa, on the other hand, is a fair and reasonable resolution of the Plaintiff's claims within the meaning of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

      2.      The parties' motion for approval of their settlement agreement, D.E. 17, is **GRANTED** in its entirety.

                                                 **SO ORDERED:**

                                                 _____
                                                 Arthur D. Spatt, U.S.D.J.