UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUEL COCA, on behalf of himself and
all other persons similarly situated,

                Plaintiff,

-against-

STEVE'S LANDSCAPING PLUS, INC. and
STEVEN BUSA,

                Defendants.
------------------------------------------------------------X

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Docket No.: 17-cv-7237
(ADS) (GRB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2018 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that, upon the Court's approval of the parties' settlement agreement and this stipulation being "So-Ordered" by the Court, the above-entitled action is hereby dismissed with prejudice and without costs to any party against any other party.

Dated: Hauppauge, New York
       July 18, 2018

_/s/ David Barnhorn_
David D. Barnhorn, Esq.
Peter A. Romero, Esq.
Law Office of Peter A. Romero PLLC
*Attorneys for Plaintiff*
825 Veterans Highway
Hauppauge, New York 11788
Tel.: (631) 257-5588

Case Closed
SO ORDERED:

*s/ Arthur D. Spatt*
_____
Arthur D. Spatt, U.S.D.J.

_/s/ Tiffany Frigenti_
Tiffany D. Frigenti, Esq.
Lynn, Gartner, Dunne & Covello, LLP
*Attorneys for Defendants*
330 Old Country Road, Suite 103
Mineola, New York 11501
Tel.: (516) 742-6200

Dated: July 31, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANUEL COCA, on behalf of himself and
all other persons similarly situated,

                          Plaintiff,                    **[PROPOSED] ORDER**

            -against-                    Docket No.: 17-cv-7237
                                                    (ADS) (GRB)
STEVE'S LANDSCAPING PLUS, INC. and
STEVEN BUSA,

                          Defendants.
-------------------------------------------------------------------X

        AND NOW, THIS ____ DAY of _____ 2018, the Court having reviewed the case of *Manuel Coca v. Steve's Landscaping Plus, Inc. and Steven Busa*, Docket No.: 17-cv-7237 (ADS) (GRB), including the parties' motion for approval of their settlement agreement, D.E. 17, and the Settlement Agreement and Release of Claims Agreement ("Settlement Agreement"), D.E. 17-1, and having conducted a fairness hearing on July 12, 2018, D.E. 19, and having considered the applicable case law, including *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and for good cause shown, it is **ORDERED** that:

    1.    The Settlement Agreement between Plaintiff Manuel Coca, on the one hand, and Defendants Steve's Landscaping Plus, Inc. and Steven Busa, on the other hand, is a fair and reasonable resolution of the Plaintiff's claims within the meaning of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

    2.    The parties' motion for approval of their settlement agreement, D.E. 17, is **GRANTED** in its entirety.

                                                                      **SO ORDERED:**

                                                                      _____
                                                                      Arthur D. Spatt, U.S.D.J.